OPINION — AG — **** MINIMUM WAGES **** THE COMMISSIONER OF LABOR HAS THE AUTHORITY TO PROMULGATE AND ADOPT RULES AND REGULATIONS, IN ACCORDANCE WITH THE OKLAHOMA ADMINISTRATIVE PROCEDURE ACT (75 O.S. CH. 8) WHEREIN HE STATES THE STANDARDS USED BY HIM FOR DETERMINING MINIMUM WAGES ON PUBLIC WORKS. CITE: 40 O.S. 1971 196.6 [40-196.6](A), 40 O.S. 1971 196.1 [40-196.1] . 40 O.S. 1971 196.12 [40-196.12] (JAMES C. PECK) ** SEE OPINION NO. 90-666 (1990)